GEST v. CITY & COUNTY CONTRACT CO. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Guy M. Gest against the City & County Contract Company. No opinion. Motion denied, with $10 costs. Settle order on notice.

In re GEYER. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) In the matter of the judicial settlement of the account of Charles T. Geyer, as executor and trustee, etc., of Allen Alexander, deceased.

PER CURIAM. The order of the Surrogate's Court of Kings County should be modified, so as to reduce the amount represented by bonds and mortgages to $12,000, instead of $15,000, and, as so modified, affirmed, without costs. Settle order before Mr. Justice JENKS. See, also, 62 Misc. Rep. 443, 116 N. Y. Supp. 800.

GIAMBALVO, Respondent, v. BRUEL, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Santo Giambalvo against William Bruel. No opinion. Motion for reargument denied, with costs. For former decision, see 118 N. Y. Supp. 1108.

GIBBS, Respondent, v. LESLIE, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by John W. Gibbs against Catherine E. Leslie. No opinion. Judgment affirmed, with costs.

GIBSON, Respondent, v. CITY OF ELMIRA, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Hannah P. Gibson against the City of Elmira. No opinion. Judgment unanimously affirmed, with costs.

In re GIBSON'S WILL. (Supreme Court, Appellate Division, Third Department. January 14, 1910.) In the matter of proving the last will and testament of Martha Gibson, deceased.

PER CURIAM. Decree affirmed, with costs. See, also, 128 App. Div. 769, 113 N. Y. Supp. 266; 130 App. Div. 893, 114 N. Y. Supp. 1128.

HOUGHTON, J., not voting.

GILMARTIN, Respondent, v. BUCHANAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by George E. Gilmartin against Andrew B. Buchanan and another. No opinion. Motion for reargument denied, with costs. For former decision, see 119 N. Y. Supp. 489.